UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-8291-LRJ
11-M-101

UNITED STATES OF AMERICA
Plaintiff,

vs

Timothy McCabe
Defendant(s),

ORDER OF REMOVAL

A(n)  X  Complaint
_____ Indictment
_____ Information
_____ Probation Violation Warrant
_____ Bench Warrant

having been filed in the WESTERN District of New York - Buffalo charging the above named defendant with 18:1344(1), and the defendant having

_____ Surrendered
  X   Been Arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

  X   Waived Further Hearing
_____ Been given a hearing in accordance with Fed.R.Crim.P. 40.

and having posted the bail as set by the Court, it is thereupon

ORDERED AND ADJUDGED as follows:

1. The defendant is held to answer in the District in which the charge is outstanding and shall appear before the District Court thereof at such time and place as may be ordered; and

2. All funds deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act shall be transferred to the District where the charge is outstanding.

DONE AND ORDERED at West Palm Beach, Florida this ___ day of July, 2011.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

c: Defendant
   Defense Counsel
   United States Attorney
   United States Marshal
   United States Pretrial Services
   Clerk of Court (Financial Section, Miami)