UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

FILED by _____ D.C.
AUG - 4 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA         CASE # 11-8291-LRJ

VS

McCabe, Timothy                  PRISONER # 97006-004

**********************************************

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI     FT. LAUDERDALE     (WEST PALM BEACH)     FT. PIERCE
**********************************************

ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":

1) DATE AND TIME OF ARREST: 07/21/11  7:00 a.m.

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: 18 USC 1344 - Bank Fraud

4) U.S. CITIZEN    [X] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH: _ /_ /65

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   [ ] INDICTMENT
   [X] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: Western District of New York

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES    [ ] NO

7) AMOUNT OF BOND: _____   WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: S. Webster          DATE 07/21/11

9) AGENCY: U.S. Secret Service          PHONE: 561 659 0184